United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 14, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: Diena Malisa Jackson | § | Case No. 24-32815 |
| | § | |
| Debtor | § | Chapter 7 |
| | § | |
| Diena Malisa Jackson, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 24-03125 |
| | § | |
| United States Department of Education. | § | |
| Defendant | § | |

## ORDER
### (Related to ECF No. 8)

Having considered the Joint Stipulation and Motion for Order Determining Dischargeability filed by Plaintiff and Defendant United States Department of Education, the Court is of the opinion that the Motion should be granted:

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are not excepted from discharge under 11 U.S.C § 523(a)(8) because payment of the loans would impose an undue hardship on the debtor and the debtor's dependents.

IT IS ORDERED that Plaintiff's student loan debts to the Department of Education are discharged under 11 U.S.C. § ~~XXXX~~ 727

IT IS ORDERED that the Department of Education is dismissed from this action.

It is so ORDERED.

Signed: January 14, 2025

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge